THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN RYS, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 6, 1924; decided October 24, 1924.)

APPEAL from a judgment of the Suffolk County Court, rendered April 16, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Nathan O. Petty* and *Herman J. Schoenfeld* for appellant.

*George W. Hildreth* and *C. B. Partridge* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

FRANCESCA CASSALIA, as Administratrix of the Estate of PASQUALE CASSALIA, Deceased, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — railroads — section hand killed while working on tracks — defense of contributory negligence and assumption of risk.*

*Cassalia* v. *N. Y. Central R. R. Co.*, 208 App. Div. 832, affirmed.

(Argued October 8, 1924; decided October 24, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 31, 1924, affirming a judgment in favor of plaintiff entered upon a verdict in an action under the Federal Employers' Liability Act to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Decedent, while engaged in his work as section laborer on defendant's tracks in the city of Syracuse, stepped from one track on which an engine was approaching to the other where he was struck by a train approaching from the opposite direction and killed. It was shown that the train approached at the rate of thirty-five miles an hour and that no whistle was blown. The defense was contributory negligence and assumption of risk.

*Daniel Scanlon* for appellant.

*William F. Quinn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J. Absent: LEHMAN, J.

---

JOSEPH A. FLETT, Doing Business under the Firm Name of A. FLETT & Co., Appellant, v. THE ROYAL BANK OF CANADA, Respondent.

*Banks and banking — negligence — proximate cause — delivery to bank of bills of lading and draft with instructions if draft is not paid to deliver bills to third party — erroneous delivery of bills as property of plaintiff's agents and attachment thereof by creditors of agents — when bank not liable for resulting damage.*

*Flett* v. *Royal Bank of Canada,* 207 App. Div. 272, affirmed.
(Submitted October 8, 1924; decided October 24, 1924.)

APPEAL from a judgment, entered December 14, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint, which alleged that in March, 1920, plaintiff employed one Fred H. Hue, doing business as Imperial Brokerage Company, to forward for him 456 barrels of herring, from St. Johns, N. F., to New York; that thereafter Imperial Brokerage Company shipped the herring from St. Johns and delivered the shipping documents and a draft on a firm styled Kaminsky & Sereysky, at defendant's branch at St. Johns, and instructed defendant and defendant agreed to deliver the said documents to Kaminsky & Sereysky upon payment of the draft if, after examination, they desired to accept the shipment, but otherwise to deliver the documents to Joseph Vidootzky & Son, Inc., of New York, on consignment for and on account of plaintiff; that after arrival of the goods in New York and their rejection by Kaminsky & Sereysky, defendant on April 19, 1920, did deliver the documents to Joseph Vidootzky & Son, Inc., but instead of delivering them as plaintiff's property they were delivered as the property of Imperial